[No. 40557-8-I.    Division One.    August 3, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM HOWARD DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-05028-4, John M. Darrah, J., entered April 17, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 40565-9-I.    Division One.    August 3, 1998.]

TERRY UNDERWOOD, *Appellant*, v. STEVEN B. SHEA, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-2-00463-4, Sharon S. Armstrong, J., entered March 13, 1997. *Affirmed* by unpublished opinion per Webster, J., concurred in by Agid, A.C.J., and Ellington, J.

[No. 40586-1-I.    Division One.    August 3, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. P.C., *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 96-8-00517-1, David Needy, J. Pro Tem., entered March 28, 1997. *Remanded* by unpublished per curiam opinion.

[No. 40606-0-I.    Division One.    August 3, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE JOSE PEREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-07141-9, Brian D. Gain, J., entered March 21, 1997. *Affirmed* by unpublished per curiam opinion.